UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Book of Timothy,<br><br>　　　　Plaintiff,<br><br>v.<br><br>USDA Office of the Secretary, et al.,<br><br>　　　　Defendant(s). | Case No. 2:25-cv-02379-NJK[1]<br><br>**Order** |

Plaintiff initiated this case by filing a complaint. Docket No. 1-1.[2] There are several deficiencies.[3]

First, Plaintiff did not pay the filing fee or file an application to proceed *in forma pauperis*. To proceed with this case, Plaintiff must either pay the filing fee or file an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); *see also* 28 U.S.C. § 1915(a).

Second, this case was initiated using a fictitious name of "Book of Timothy," but the case is apparently being brought by "T.M. Cleveland." *See* Docket No. 1-1 at 1, 6. "The normal presumption in litigation is that parties must use their real names." *Doe v. Kamehameha Sch./Bernice Pauahi Bishop Estate*, 596 F.3d 1036, 1042 (9th Cir. 2010). No showing has been made to rebut that presumption here.

Third, the complaint indicates that Plaintiff seeks to transfer this case to the Eastern District of California. *See* Docket No. 1-1 at 5. If Plaintiff believes the case is properly adjudicated in the Eastern District of California, it is not clear why Plaintiff filed the case here in the first instance.

---

[1] This case is proceeding before the undersigned magistrate judge as part of the opt-out consent program. *See* Docket Nos. 3-4; *see also* Gen. Order 2023-11.

[2] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

[3] The Court does not herein address all of the potential obstacles in pursuing this case. The Court may raise additional concerns moving forward as warranted.

1

Accordingly, the Court **ORDERS** as follows:

- No later than December 19, 2025, Plaintiff must either (1) pay the filing fee or (2) file an application to proceed *in forma pauperis*.
- No later than December 19, 2025, Plaintiff must either (1) file a request to substitute a real person as the plaintiff in this case using that person's full name or (2) file a motion explaining why a fictitious entity may litigate this case.
- No later than December 19, 2025, Plaintiff must either (1) file a notice of voluntary dismissal of this case for refiling in the Eastern District of California or (2) file a statement explaining why it is proper for this case to be filed in this District given the assertion in the complaint itself that transfer is warranted.

**Failure to comply with this order may result in sanctions, up to and including case-dispositive sanctions.**

IT IS SO ORDERED.

Dated: December 4, 2025

_____
Nancy J. Koppe
United States Magistrate Judge