**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Timothy Cleveland,

      Plaintiff,

v.

USDA Office of the Secretary, et al.,

      Defendant(s).

Case No. 2:25-cv-02379-GMN-NJK

**Order**

[Docket No. 16]

Plaintiff is a frequent litigator in this courthouse and in the United States District Court for the Eastern District of California. Plaintiff is well aware of the requirements for applying to proceed *in forma pauperis*. *See, e.g., Cleveland v. Flores*, Case No. 2:24-cv-00511-CDS-DJA, Docket No. 8 (D. Nev. May 16, 2024), *objections overruled*, Docket No. 11 (D. Nev. June 20, 2024); *see also* Local Special Rule 1-1 ("The application must be made on the form provided by the court"). Nonetheless, Plaintiff initiated this case without paying the filing fee or applying to proceed *in forma pauperis*, *see* Docket No. 1, responded to the Court's order requiring that he rectify that situation by filing an improper and incomplete declaration, *see* Docket Nos. 5, 6,[1] and then ignored the Court's subsequent order to file a proper application on the approved form by February 19, 2026, despite an explicit warning that failing to comply could result in dismissal, *see* Docket No. 9. These circumstances resulted in the issuance of a report and recommendation for dismissal on February 24, 2026, finding that

> Plaintiff's refusal to comply with the Court's order is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with this order notwithstanding the warning that case-dispositive sanctions may be imposed.

---

[1] As the Court explained previously, there is reason to be skeptical of the attestation of poverty, including that Plaintiff has paid the filing fee in other cases. *See* Docket No. 9 at 1.

Docket No. 10 at 2.  Plaintiff did not timely object to that report and recommendation despite receiving notice that inaction could result in waiver.  *See id.*[2]

Now pending before the Court is Plaintiff's untimely application to proceed *in forma pauperis*.  Docket No. 16.  The deadline to file a proper application expired three months ago and Plaintiff chose to violate the order setting that deadline.  The reasoning articulated for dismissal in the report and recommendation continues to apply, so the Court declines to entertain Plaintiff's untimely application.

As this case remains subject to dismissal for the reasons discussed in the report and recommendation, Plaintiff's pending application to proceed *in forma pauperis* is **DENIED**.

IT IS SO ORDERED.

Dated: May 28, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

----

[2] Two months after issuance of the report and recommendation, Plaintiff filed an application to proceed *in forma pauperis*.  Docket No. 13.  That application was denied on multiple grounds, including that it was untimely.  Docket No. 15.

2